Robert J. Cassity
Nevada Bar No. 9779
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
bcassity@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Defendant*
*New Classic Home Furnishing, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 1 SPE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NEW CLASSIC HOME FURNISHING, INC., a California corporation; DOE INDIVIDUALS I-X; and ROE BUSINESS ENTITIES I-X,<br><br>Defendants. | CASE NO.:<br><br>DISTRICT COURT CASE NO. A-23-871407-C<br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

Defendant, NEW CLASSIC HOME FURNISHING, INC., a California corporation ("New Classic" or "Defendant"), by and through its attorneys, Holland & Hart LLP, hereby file a Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1367, 1441, and 1446, and in support thereof, states as follows:

1. On May 26, 2023, Plaintiff WMCV Phase 1 SPE, LLC, a Delaware limited liability company ("Plaintiff"), filed a Complaint in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-23-871407-C (the "Complaint").

2. In the Complaint, Plaintiff asserts claims against the Defendant related to an Assignment of Lease and Consent (the "Assignment") between Defendant and Yihua Timber Industry (USA), Inc. ("Yihua") regarding Space Nos. A-838, A-842, and A-854 located on the eighth floor of a building located at 495 South Grand Central Parkway in Las Vegas, NV (the

"Building"). Plaintiff alleges that Defendant is the alter ego of the lessee under the lease subject to that Assignment, and that Defendant should therefore be responsible and liable for the amounts due under said lease, which amounts allegedly exceed $2.9 million.

3. Defendant was served with the Complaint and related documents on June 6, 2023.

4. Pursuant to 28 U.S.C. § 1446(b)(1), "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ." 28 U.S.C. § 1446(b)(1).

5. This Notice of Removal is filed with this Court within thirty (30) days of service of the Complaint.

## DIVERSITY JURISDICTION

6. This Court has original jurisdiction over this matter under 28 U.S.C. § 1332 based on diversity jurisdiction because: (1) there is complete diversity of citizenship between Plaintiff and Defendant, and (2) the amount in controversy exceeds seventy-five thousand dollars ($75,000), exclusive of interest and costs.

7. This action satisfies the complete diversity requirement. *See* 28 U.S.C. § 1332(a)(1).

8. New Classic is informed and believes that at all relevant times, Plaintiff is domiciled in, and is a citizen of, Delaware, and that none of its members are citizens of California.

9. Defendant is incorporated in, and is a citizen of, California. Corporations are citizens of any state in which they are incorporated or have their principal place of business. *Carden v. Arkoma Assocs.*, 494 U.S. 185, 185 (1990).

10. A defendant removing a case from state court under § 1332(a) bears the burden of demonstrating, by a preponderance of the evidence, that the opposing parties are citizens of different states and the amount in controversy exceeds the $75,000.00 jurisdictional threshold. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 83-84, 88 (2014) (citing 28 U.S.C. § 1446(c)(2)(A), (B)); *Matheson v. Progressive Specialty Ins. Co.*, 319 F.3d 1089, 1090 (9th Cir. 2003).

11. In the notice of removal, "defendants [are] merely required to allege (not to prove) diversity[.]" *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001).

12. For purposes of removal, New Classic Home Furnishing, Inc. alleges that complete diversity of citizenship exists between Plaintiff and Defendant pursuant to 28 U.S.C. § 1332.

13. Although New Classic Home Furnishing, Inc. denies that Plaintiff is entitled to recover any amount, and specifically denies that Plaintiff is entitled to the relief in the various forms sought, the allegations stated in the Complaint place in controversy more than $2.9 million, which exceeds $75,000, exclusive of interests and costs. Accordingly, the jurisdictional amount needed to establish diversity has been met and this Court has original jurisdiction pursuant to 28 U.S.C. § 1332.

14. Venue lies in this Court because Plaintiff's action is pending in the Eighth Judicial District Court, Clark County, which is within the District of Nevada.

15. This case is not precluded from being removed under 28 U.S.C. § 1445 because: (a) it is not brought against a railroad or its receivers or trustees, arising under 45 U.S.C. §§ 51-54, 55-60; (b) it is not brought against a carrier or its receivers or trustees to recover damages for delay, loss or injury of shipments arising under section 11706 or 14706 of title 49; (c) it does not arise under the workmen's compensation laws; and (d) it does not arise under section 40302 of the Violence Against Women Act of 1994.

16. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served on Defendant in Case No. A-23-871407-C, Eighth Judicial District Court, Clark County, Nevada, are attached hereto as follows:

   a. The Summons and Complaint are attached hereto as **Exhibit "A"**; and

   b. The Executed Summons with Affidavit of Service is attached hereto as **Exhibit "B"**.

17. This Notice has been timely filed under 28 U.S.C. § 1446(b).

///

///

///

18. Concurrent with the filing of this Notice and in accordance with 28 U.S.C. § 1446(d), Defendant will file and serve on all counsel of record the *Notice of Filing Notice of Removal of Action* in Case No. A-23-871407-C of the Eighth Judicial District Court, Clark County, Nevada (the "Notice of Filing"), which is attached hereto as **Exhibit "C"**.

WHEREFORE, Defendant respectfully notices the removal of this action from the Eighth Judicial District Court, Clark County, Nevada.

DATED this 6th day of July, 2023.

**HOLLAND & HART LLP**

By: */s/ Sydney R. Gambee*
Robert J. Cassity
Nevada Bar No. 9779
Sydney R. Gambee, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Defendant*
*New Classic Home Furnishing, Inc.*

**LIST OF EXHIBITS**

| | | |
|---|---|---|
| A | Summons and Complaint | Pgs. 1–15 |
| B | Executed Summons with Affidavit of Service | Pgs. 16–20 |
| C | Notice of Filing Notice of Removal of Action in Case No. A-23-871407-C of the Eighth Judicial District Court, Clark County, Nevada | Pgs. 21-24 |