Robert J. Cassity
Nevada Bar No. 9779
Sydney R. Gambee
Nevada Bar No. 14201
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
bcassity@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Defendant*
*New Classic Home Furnishing, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 1 SPE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NEW CLASSIC HOME FURNISHING, INC., a California corporation; DOE INDIVIDUALS I-X; and ROE BUSINESS ENTITIES I-X,<br><br>Defendants. | CASE NO.: 2:23-cv-01044-CDS-NJK<br><br>**ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant, NEW CLASSIC HOME FURNISHING, INC., ("New Classic" or "Defendant"), and Plaintiff, WMCV PHASE 1 SPE, LLC ("Plaintiff"), by and through their undersigned attorneys, hereby stipulate, pursuant to LR IA-6-1 and 6-2, to extend the deadline for New Classic to respond to the Complaint until and including July 17, 2023.[1]  Absent the extension, the deadline for New Classic to answer or otherwise respond to the Complaint is July 13, 2023.  This is the first request

---

[1] The Parties previously submitted a stipulation to extend New Classic's responsive pleading deadline on July 13, 2023.  (ECF No. 5.)  On July 14, 2023, the Court issued an order denying the stipulation without prejudice (the "Order"). (ECF No. 6.)  The Court further requested that the Parties provide an explanation as to why the extension is needed.  (*Id.*)  The instant stipulation is being filed to cure the deficiencies set forth in the Court's Order.

by the Parties for an extension of this deadline in this Court.[2]

This stipulation is made in good faith and not in an attempt to delay proceedings, but rather is made to accommodate the schedules of defense counsel and their client in preparing a response to the Complaint, and specifically, to allow for client review of the response.

| | |
|---|---|
| DATED this 17th day of July, 2023. | DATED this 17th day of July, 2023. |
| **HOLLAND & HART LLP** | **SEMENZA KIRCHER RICKARD** |
| By: */s/ Sydney R. Gambee*<br>Robert J. Cassity<br>Nevada Bar No. 9779<br>Sydney R. Gambee<br>Nevada Bar No. 14201<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Defendant*<br>*New Classic Home Furnishing, Inc.* | By: */s/ Katie L. Cannata*<br>Jarrod L. Rickard<br>Nevada Bar No. 10203<br>Katie L. Cannata<br>Nevada Bar No. 14848<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br><br>*Attorneys for Plaintiff*<br>*WMCV Phase 1 SPE, LLC* |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, based on the Parties' stipulation above, that Defendant New Classic Home Furnishing, Inc. shall until and including July 17, 2022, to file its response to the Complaint.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 18, 2023

30122262_v4

---

[2] The Parties agreed to one extension of two weeks before removal of this matter, while this matter was pending in state court.