Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Plaintiff WMCV Phase 1 SPE, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WMCV PHASE 1 SPE, LLC, a Delaware limited liability company,<br><br>Plaintiff<br><br>v.<br><br>NEW CLASSIC HOME FURNISHING, INC., a California corporation; DOE INDIVIDUALS I-X; and ROE BUSINESS ENTITIES I-X,<br><br>Defendants | Case No.: 2:23-cv-01044-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA-6-1 and 6-2, Plaintiff WMCV Phase 1 SPE, LLC ("WMCV") and Defendant New Classic Home Furnishing, Inc. ("New Classic"), by and through their undersigned counsel of record, hereby stipulate and agree to extend the deadline for WMCV to respond to New Classic's Motion to Dismiss Complaint [ECF No. 8] (the "Motion to Dismiss"), filed on July 17, 2023, by two (2) weeks (*i.e.* up to and including August 14, 2023). The current deadline for WMCV to file its Response to the Motion to Dismiss is July 31, 2023. This is the Parties' first request for an extension of this deadline.

Counsel for WMCV is currently in the process of finalizing a Response to the Motion to Dismiss. However, counsel requires additional time to confer with their client regarding the

1

contents of the Response before filing the same. As such, the parties hereby stipulate and agree that the deadline WMCV's Response shall be extended by two (2) weeks, up to and including Monday, August 14, 2023. This stipulation is made in good faith and not in an attempt to delay proceedings.

DATED this 31st day of July, 2023.            DATED this 31st day of July, 2023.

SEMENZA KIRCHER RICKARD                HOLLAND & HART LLP

*/s/ Katie L. Cannata*                                   */s/ Sydney R. Gambee*
Jarrod L. Rickard, Esq., Bar No. 10203         Robert J. Cassity, Esq., Bar No. 9779
Katie L. Cannata, Esq. Bar No. 14848           Sydney R. Gambee, Esq., Bar No. 14201
10161 Park Run Drive, Ste. 150                    9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89145                              Las Vegas, Nevada 89134
*Attorneys for Plaintiff WMCV Phase 1 SPE, LLC*   *Attorneys for Defendant New Classic Home Furnishing, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   July 31, 2023

2