Robert J. Cassity
Nevada Bar No. 9779
Sydney R. Gambee
Nevada Bar No. 14201
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
bcassity@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Defendant*
*New Classic Home Furnishing, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 1 SPE, LLC, a Delaware limited liability company,<br><br>Plaintiff<br><br>v.<br><br>NEW CLASSIC HOME FURNISHING, INC., a California corporation; DOE INDIVIDUALS I-X; and ROE BUSINESS ENTITIES I-X,<br><br>Defendants | CASE NO.: 2:23-cv-01044-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND (ECF NO. 12)**<br><br>**(FIRST REQUEST)** |

Defendant, NEW CLASSIC HOME FURNISHING, INC., ("New Classic" or "Defendant"), and Plaintiff, WMCV PHASE 1 SPE, LLC ("Plaintiff"), by and through their undersigned attorneys, hereby stipulate, pursuant to LR IA-6-1 and 6-2, to extend the deadline for New Classic to respond to the Motion to Remand, ECF No. 12, filed by Plaintiff on July 18, 2023 ("Motion") for two days from August 1, 2023 until and including August 3, 2023. Absent the extension, the deadline for New Classic to respond to the Motion is August 1, 2023. This is the first request by the Parties for an extension of this deadline.

This stipulation is made in good faith and not in an attempt to delay proceedings, but rather is made because counsel for Defendant and counsel for Plaintiff have been discussing with each other and their respective clients the possibility of resolving the Motion without the need for this Court's ruling. Counsel for the Parties engaged in discussions for two days to explore a stipulation

that would resolve the Motion but have been unable to come to an agreement at this time. As such, the stipulated extension extends the time for Defendant's response to the Motion by a timeframe commensurate with such discussions between counsel.

DATED this 31st day of July, 2023.

**HOLLAND & HART LLP**

By: /s/ Sydney R. Gambee
Robert J. Cassity
Nevada Bar No. 9779
Sydney R. Gambee
Nevada Bar No. 14201
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Defendant
New Classic Home Furnishing, Inc.*

DATED this 31st day of July, 2023.

**SEMENZA KIRCHER RICKARD**

By: /s/ Katie L. Cannata
Jarrod L. Rickard
Nevada Bar No. 10203
Katie L. Cannata
Nevada Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Plaintiff
WMCV Phase 1 SPE, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  August 1, 2023

30122262_v5