Robert J. Cassity
Nevada Bar No. 9779
Sydney R. Gambee
Nevada Bar No. 14201
**HOLLAND & HART LLP**
9555 Hillwood Drive
2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
bcassity@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Defendant*
*New Classic Home Furnishing, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 1 SPE, LLC, a Delaware limited liability company,<br><br>　　　　　　　Plaintiff<br><br>v.<br><br>NEW CLASSIC HOME FURNISHING, INC., a California corporation; DOE INDIVIDUALS I-X; and ROE BUSINESS ENTITIES I-X,<br><br>　　　　　　　Defendant | CASE NO.: 2:23-cv-01044-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

　　　　Defendant, NEW CLASSIC HOME FURNISHING, INC., ("New Classic" or "Defendant"), and Plaintiff, WMCV PHASE 1 SPE, LLC ("Plaintiff"), by and through their undersigned attorneys, hereby stipulate, pursuant to LR IA-6-1 and 6-2, to extend the deadline for New Classic to file and serve its Reply in support of Motion to Dismiss Complaint ("ECF No. 8) by approximately two weeks, until and including September 5, 2023.  Plaintiff's Opposition to the Motion to Dismiss (ECF No. 25) was filed on August 14, 2023, pursuant to Order granting Stipulation (ECF No. 18).  Absent the extension, the deadline for New Classic to file its Reply is August 21, 2023.  This is the first request by the Parties for an extension of this deadline.

///

This stipulation is made in good faith and not in an attempt to delay proceedings, but rather is made to accommodate the schedules of defense counsel and their client in preparing the Reply, and to allow for client review of the Reply.

DATED this 17th day of August, 2023.

**HOLLAND & HART LLP**

By: /s/ Sydney R. Gambee
Robert J. Cassity
Nevada Bar No. 9779
Sydney R. Gambee
Nevada Bar No. 14201
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Defendant*
*New Classic Home Furnishing, Inc.*

DATED this 17th day of August, 2023.

**SEMENZA KIRCHER RICKARD**

By: /s/ Katie L. Cannata
Jarrod L. Rickard
Nevada Bar No. 10203
Katie L. Cannata
Nevada Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Plaintiff*
*WMCV Phase 1 SPE, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 18, 2023

30342033_v1