UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WMCV PHASE 1 SPE, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>NEW CLASSIC HOME FURNISHING, INC.,<br><br>    Defendant(s). | Case No. 2:23-cv-01044-CDS-NJK<br><br>**Order**<br><br>[Docket No. 27] |

Pending before the Court is a stipulation to stay discovery pending resolution of Defendant's motion to dismiss and motion to remand. Docket No. 27. In assessing the circumstances and the governing standards, *see, e.g.*, *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery is warranted pending resolution of the motion to dismiss.[1]

Accordingly, the stipulation to stay discovery is **GRANTED**. If the resolution of the motion to dismiss does not result in the termination of this case, a discovery plan must be filed within 14 days of the order resolving the motion to dismiss.

IT IS SO ORDERED.

Dated: August 22, 2023

                                                                                                              Nancy J. Koppe
                                                                                                            United States Magistrate Judge

---

[1] A stay of discovery is not warranted with respect to the motion to remand. *See Anoruo v. Valley Health Sys.*, 2018 WL 1785866, at *3 (D. Nev. Apr. 13, 2018).