UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WMCV Phase 1 Spe, LLC, <br><br> Plaintiff <br><br> v. <br><br> New Classic Home Furnishing, Inc., <br><br> Defendant | Case No. 2:23-cv-01044-CDS-NJK <br><br> **Order Striking Plaintiff's Amended Certificate of Interested Parties** <br><br> [ECF No. 32] |

On March 12, 2024, WMCV Phase 1 SPE, LLC filed an amended corporate disclosure statement. ECF No. 32. While this certificate complies with Local Rule 7.1; it does not comply with Federal Rule of Civil Procedure 7.1(a)(2). It states, in part, that "WMCV's managing members consist of a complex chain of various limited liability companies and limited liability partnerships. WMCV has limited visibility of the ownership of some of its members. Thus, WMCV has prepared the instant Amended Corporate Disclosure Statement to the best of its knowledge and upon the information that has been made available to its officers." *Id.* at 1 n.1.

This is insufficient as Rule 7.1, as amended in December 2022, requires that the disclosure statement "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2). As further explained in *Delay*, "because a member of a limited liability company may itself have multiple members—and thus may itself have multiple citizenships—the federal court needs to know the citizenship of each 'sub-member' as well." *Delay v. Rosenthal Collins Group, LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009); *see also Diamos v. Specialized Loan Servicing, LLC*, 2014 WL 12603136, at *1 (N.D. Cal. Jan. 31, 2014).

It is ordered that the amended certificate of interested parties **[ECF No. 32] is STRICKEN** and WMCV must file another amended disclosure statement that fully complies with Fed. R. Civ. P. 7.1(a)(2) by March 27, 2024. Failure to comply may result in the issuance of sanctions.

Dated: March 19, 2024

_____
Cristina D. Silva
United States District Judge

2